# EXHIBIT 1

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I HEREBY CONSENT** to be a party plaintiff in an action seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company.

Date: 1/2/2010

Signature: *Chester J. Marshall*

Printed Name: Chester Marshall