# EXHIBIT 3 (Part 1)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-26-09

_____
Signature

Printed Name: Keith Baker

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) )<br>)<br>) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-22-09

Signature: _Anthony Bean_

Printed Name: _Anthony Bean_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| | ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-12-09

Signature

Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

**CHESTER MARSHALL and RICHARD**    )
**WHITBY, individually and on behalf**    )
**of a class of others similarly situated,**    )
    )
          **Plaintiffs,**    )
    )
    **vs.**    )
    )
**AMSTED INDUSTRIES INC.,**    )
*et al.*    )
          **Defendants.**    )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _13-20-09_

_____
Signature

Printed Name: _Aaron Brookins_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-21-09

_____
Signature

Printed Name: John Brown

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AMSTED INDUSTRIES INC.,** *et al.*<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 21 DEC 2009

Signature _John P Cobetto_

Printed Name: _JOHN P COBETTO_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,<br><br>                  **Plaintiffs,**<br><br>   vs.<br><br>AMSTED INDUSTRIES INC., *et al.*<br>                  **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature: *Kenneth Cole*

Printed Name: Kenneth Cole

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1-2-090

Signature

Printed Name: Terrell Coole

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-22-09

Signature: *Ernest Cowens*

Printed Name: Ernest Cowens

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) | |
| **Defendants.** | ) | |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/22/09

Signature

Printed Name: Cory Crowder

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMSTED INDUSTRIES INC., *et al.*<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-26-09

Signature

Printed Name: Dante Dale

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD     )
WHITBY, individually and on behalf     )
of a class of others similarly situated,     )
                           )
            **Plaintiffs,**     )
                           )
      **vs.**     )
                           )
AMSTED INDUSTRIES INC.,     )
*et al.*     )
            **Defendants.**     )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-12-2009

_____
Signature
Name:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
                              )
           **Plaintiffs,** )
                              )
    **vs.** )
                              )
AMSTED INDUSTRIES INC., )
*et al.* )
           **Defendants.** )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1-2-10

Signature: *Vincent Ensweller*

Printed Name: Vincent Ensweller

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12-29-09_

Signature

Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-29-09

Signature

Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/24/09

_____
Signature

Printed Name: Tished Cobbs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-12-09

_____
Signature
Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/19/09

Signature

Printed Name: Alander Gray

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

|  |  |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
|  | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/24/09

Signature: *Gerald Greenwood*

Printed Name: Gerald Greenwood

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
 )
    Plaintiffs, )
 )
  vs. )
 )
AMSTED INDUSTRIES INC., )
*et al.* )
    Defendants. )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/21/2009

Signature: *Mr. Kevin L. Guyton*

Printed Name: Kevin L. Guyton