# EXHIBIT 3 (Part 2)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _Dec. 21, 2009_

Signature _Jovon Hamburg_

Printed Name: _JOVON HAMBURG_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

|  |  |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
|  | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature: _Jumaine Hardy_

Printed Name: _Jermaine Hardy_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AMSTED INDUSTRIES INC.,** *et al.*<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-26-09

Signature

Printed Name: MICHAEL HILL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12-26-09_

Signature

Printed Name: _Byron Hudson_

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-9-09

Signature: *Gary Horton*
Name: Gary Horton

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMSTED INDUSTRIES INC., *et al.*<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature

Printed Name: John Ingram

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12/29/2009_

Signature _____

Name: _Paul A. James_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/22/09

Signature

Printed Name: Christopher P. Johnson

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: Dec 12 2009

Signature
Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature: *James A. Johnson Jr.*

Printed Name: James A. Johnson Jr

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) ) |

### <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted

Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed

collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By

joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions

on my behalf concerning the method and manner of conducting the case including settlement, the

entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court

costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage

claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus &

Potashnick, and other attorneys with whom they may associate.

Date: 12-29-09

Signature
Name:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-29-09

Signature

Name: Terrence King

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD        )
WHITBY, individually and on behalf  )
of a class of others similarly situated,  )
                                    )
                Plaintiffs,         )
                                    )
        vs.                         )
                                    )
AMSTED INDUSTRIES INC.,             )
*et al.*                            )
                Defendants.         )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature: *Michael Loah*

Printed Name: *Michael LASH*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/29/09

Signature

Name: Quinton Little

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| | ) |
| vs. | ) ) |
| | ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12-29-09_

Signature _Jerry a. Jovett_
Name:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted").  If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages.  By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.  For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12/26/09_

Signature: _Lambus McGhee_

Printed Name: _Lambus McGhee_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _2/2/10_

Signature _Christopher Malone_

Printed Name: _Christopher Malone_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-19-09

Signature: Willie Malone jr.

Printed Name: Willie Malone Jr.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
 )
   **Plaintiffs,** )
 )
vs. )
 )
AMSTED INDUSTRIES INC., )
*et al.* )
   **Defendants.** )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/09

Signature: *Jimmy Mann*

Printed Name: *Jimmy Mann*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 01-02-2010

Signature: *Bryant Moore*

Printed Name: Bryant Moore