# EXHIBIT 3 (Part 3)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-23-09

Signature

Printed Name: Derron Mosby

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 01. 02. 2010

Signature: *Claude E Muse*

Printed Name: *Claude E Muse*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12-12-09_

_____
Signature
Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/23/09

Signature

Printed Name: Gabriel Paulette

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1/2/10

Signature

Printed Name: Ciaunta Pickeus

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
 )
    Plaintiffs, )
 )
  vs. )
 )
AMSTED INDUSTRIES INC., )
*et al.* )
    Defendants. )

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-29-09

Signature
Name: Arthur Pressley

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

|  |  |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-09-09

Signature *Edward Rob~L*

Name: *Edward Robertson*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 01/02/10

Signature

Printed Name: Orlando Saffa

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/19/09

Signature: *Leonard Scott*

Printed Name: *Leonard Scott*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _12/19/09_

Signature: _Jerry Shaw_

Printed Name: _Jerry Shaw_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
                                   )
                Plaintiffs, )
                                     )
     vs. )
                                       )
AMSTED INDUSTRIES INC., )
*et al.* )
                Defendants. )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 1-2-2010

Signature

Printed Name: Donald A Smith

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) )<br>) )<br>) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) )<br>) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) )<br>) ) |
| **Defendants.** | ) |

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: _Jan. 2, 2010_

Signature: _____

Printed Name: _Tim Tom Smith_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/26/09

Signature

Printed Name: Tyquiel Stevenson

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 07-02-10

Signature

Printed Name: JaNeia Stennis

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD    )
WHITBY, individually and on behalf    )
of a class of others similarly situated,    )
    )
          Plaintiffs,    )
    )
      vs.    )
    )
AMSTED INDUSTRIES INC.,    )
*et al.*    )
          Defendants.    )

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/29/09

_____
Signature
Name:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| **vs.** | ) <br> ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) <br> ) <br> ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/22/09

Signature: *Michael Stuart*

Printed Name: *Michael Stuart*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 01/02/10

Signature: *Estary Wison*

Printed Name: *Estney Tillion*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMSTED INDUSTRIES INC., *et al.* | ) ) ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: Jan 2, 2010

Signature

Printed Name: Arnez Tucker

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-22-09

Signature

Printed Name: Freddie Warren

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| **CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **AMSTED INDUSTRIES INC.,** *et al.* | ) ) ) |
| **Defendants.** | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-22-09

Signature

Printed Name: TERANCE S. WATSON