# EXHIBIT 3 (Part 4)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMSTED INDUSTRIES INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-26-09

Signature: *Shawn Wayne*

Printed Name: Shawn Wayne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, </br></br>Plaintiffs,</br></br>vs.</br></br>AMSTED INDUSTRIES INC., et al.</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-12-09

Signature: [signature]
Name:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
)
Plaintiffs, )
)
vs. )
)
AMSTED INDUSTRIES INC., )
et al. )
Defendants. )

### CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Plaintiffs Robert Lott and Richard Whitby to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/10/09

Signature
Name:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHESTER MARSHALL and RICHARD WHITBY, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMSTED INDUSTRIES INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12-26-09

Signature: *Efrem Williams* (signed)

Printed Name: Efrem Williams

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CHESTER MARSHALL and RICHARD )
WHITBY, individually and on behalf )
of a class of others similarly situated, )
)
Plaintiffs, )
)
vs. )
)
AMSTED INDUSTRIES INC., )
et al. )
Defendants. )

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages against Amsted Industries Inc. and Amsted Rail Company (collectively "Amsted"). If this case does not proceed collectively, I also consent to join any subsequent action against Amsted for unpaid wages. By joining this lawsuit, I designate Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage claims against Amsted, I choose to be represented by Stueve Siegel Hanson LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 12/26/09

Signature: *Jermel Wysinger*

Printed Name: Jermel Wysinger