AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Marshall & Whitby, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:10-cv-00011-MJR-CJP |
| Amsted Industries, Inc., et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amsted Rail Company, Inc.
c/o CT Corporation System
Registered Agent for Amsted Rail Company, Inc.
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Potashnick, Esq
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/14/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Marshall & Whitby, et al *Plaintiff* v. Amsted Industries, Inc., et al. *Defendant* | Civil Action No. 3:10-cv-00011-MJR-CJP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amsted Industries, Inc.
c/o CT Corporation System
Registered Agent for Amsted Industries, Inc.
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark Potashnick, Esq.
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/14/10

*Signature of Clerk or Deputy Clerk*