IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHESTER MARSHALL and )
RICHARD WHITBY, individually and )
on behalf of similarly situated individuals, )
)
          Plaintiffs, )
)
vs. ) Case No. 10-cv-0011-MJR-CJP
)
AMSTED INDUSTRIES, INC. and )
AMSTED RAIL COMPANY, INC., )
)
          Defendants. )

## MEMORANDUM AND ORDER

REAGAN, District Judge:

       The Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216, et seq., authorizes employees to present their claims through a collective action filed on behalf of themselves (as representative plaintiffs) and other similarly situated workers. On June 16, 2010, the undersigned Judge conditionally certified the above-captioned case as an FLSA collective action and authorized Plaintiffs' counsel to send notice to all current and former hourly employees who worked at Defendants' Granite City facility in the past three years. The Court reserved ruling on the form, contents and posting of the notice advising employees of this lawsuit. At a July 7, 2010 in-court hearing and via July 21, 2010 Order (Doc. 93), the Court resolved the notice-related issues and directed defense counsel to submit a revised final notice comporting with those rulings. Counsel timely did so on July 26, 2010.

       The Court hereby **APPROVES** the final Notice of Collective Action jointly filed by the parties on July 26, 2010 (attached to Doc. 95).

       IT IS SO ORDERED.

       DATED July 29, 2010.

                                    s/ Michael J. Reagan
                                    Michael J. Reagan
                                    United States District Judge