UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER MARSHALL and<br>RICHARD WHITBY<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMSTED RAIL COMPANY, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No. 3:10-cv-11-DJW<br>)<br>)<br>)<br>)<br>) |

**VERDICT—CHESTER MARSHALL**

1. On the overtime claim of plaintiff against defendant, we find in favor of:

    \_\_\_\_\_ Plaintiff Chester Marshall

    __✓__ Defendant Amsted

**Note:** Answer Question 2 only if the above finding is in favor of Plaintiff Marshall. If the above finding is in favor of Defendant, you must all sign and date the form because you have completed your deliberations on this claim.

2. Has it been proved that Defendant Amsted acted willfully, that it either knew its conduct was prohibited by the Fair Labor Standards Act or showed reckless disregard for whether its conduct was prohibited by the Fair Labor Standards Act?

    _____ Yes

    _____ No

**Note:** If you answered yes to Question 2, you should award damages for the period from January 4, 2007 to present. If you answered no to Question 2, you should award damages for the period from January 4, 2008 to present.

3. We find that the plaintiff should be awarded damages in the amount of:

    $_____ (stating the amount)

## VERDICT—CHESTER MARSHALL (Cont'd)

**Note**: Sign and Date this form

Dated: 2-27-13

